In the Matter of SAMUEL BUCHLER, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

(Argued October 31, 1934; decided October 31, 1934.)

*William H. Schreiber* for appellant.

*Paul Windels, Corporation Counsel (Russell L. Tarbox* of counsel), for respondents.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.